**UNITED STATES of America, Plaintiff—Appellee,**

v.

**George VILLAREAL, a.k.a. George Fohrenkam, Defendant— Appellant.**

**No. 09–10370.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 8, 2011.

Randall M. Howe, Esquire, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

George Villareal, Adelanto, CA, pro se.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

**MEMORANDUM** **

George Villareal appeals from the district court's order granting in part and

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

denying in part his motion to be sentenced pursuant to 18 U.S.C. § 3553(a) and declare the mandatory minimum sentence in 18 U.S.C. § 3559(f) unconstitutional. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Villareal's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**